# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00709-CV

**Marcia E. Alvarez, Appellant**

**v.**

**Victor M. Alvarez, Appellees**

**FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
NO. 15-D-115, HONORABLE JACK H. ROBINSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On November 20, 2015, this Court sent notice to appellant that the clerk's record and reporter's record were due in this Court on November 16, 2015, and that notice was received from the district clerk that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that appellant make arrangements for the record and submit a status report. Appellant was notified that her appeal would be dismissed for want of prosecution if she did respond to this Court by November 30, 2015. To date, appellant has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: December 11, 2015